# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NO. 1:23-cr-00351-TNM

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **DEFENDANT'S OPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **RYAN WILSON,** | |
| *Defendant.* | |

Defendant Ryan Wilson, by and through undersigned counsel, with *objection* from the government, respectfully requests that the trial date of October 08, 2024, be continued to a later date. In support thereof, the defense states as follows:

1. On or about November 02, 2023, Mr. Wilson was indicted on Obstruction of Law Enforcement During Civil Disorder, Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon, Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, Engaging in Physical Violence in a Restricted Building or Grounds, Disorderly Conduct in a Capitol Building or Grounds, and Act of Physical Violence in the Capitol Grounds or Buildings.

2. Mr. Wilson is scheduled to appear for a bench trial on October 8, 2024.

3. On September 30, 2024, the government notified defense counsel via email that USCP Sgt. Aquilino Gonell was a possible witness in its case-in-chief. Later, a follow-up email was sent notifying defense counsel of a discovery production related to Sgt. Gonell that was "too large to put up on the USAfx," which instead needed to be hand-delivered.

1

4. On October 1, 2024, the government produced approximately 9.80 gigabites worth of discovery materials to the defense on a flash drive. Upon inspection, the contents relate specifically to Sgt. Gonell and range from various FBI interviews to other media and video(s).

5. Due to the late production of these materials, in addition to the size and number of files produced by the government relating to Sgt. Gonell, the defense is unable to adequately prepare for trial.

6. Undersigned counsel conferred with government counsel who opposes this request for continuance. The undersigned submits that this motion is made in good faith and *not* for purposes of delay.

WHEREFORE, the Defendant respectfully requests that trial in this matter be continued. Mr. Wilson consents to any delay caused by this continuance being excluded for purposes of calculating the speedy trial time for this matter and asserts that the ends of justice that would be served if this motion were granted would outweigh the best interest of the public and the Defendant in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted this 2nd day of October, 2024.

*/s/ Jason Short*
Jason G. Short
Gilroy Napoli Short Law Group
530 Center St. NE Suite 722
Salem, OR 97301
Telephone: 503-747-7198
Fax: 503-747-2951
Email: jason@gnslawgroup.com
OR. State Bar No. 003860

        Retained Counsel for the Defendant

        ***/s/ Charles R. Haskell***
        Charles R. Haskell
        LAW OFFICES OF CHARLES R. HASKELL, P.A.
        641 Indiana Ave. NW
        Washington, DC 20004
        (202) 888-2728
        Email: charles@charleshaskell.com
        DC Bar No. 888304007
        Retained Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Carolina Never
US Attorney's
Office 601 D St.
NW
Washington, DC 20004
Carolina.Nevin@usdoj.gov

Nialah Ferrer
US Attorney's
Office 601 D St.
NW
Washington, DC 20004
Nialah.ferrer@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on October 02, 2024, using the CM/ECF system which will send notification of such filing to the above.

    This the 2nd day of October, 2024.

        ***/s/ Jason Short***
        Jason G. Short
        Gilroy Napoli Short Law Group
        530 Center St. NE Suite 722
        Salem, OR 97301
        Telephone: 503-747-7198

Fax: 503-747-2951
Email: jason@gnslawgroup.com
OR. State Bar No. 003860
Retained Counsel for the Defendant


*/s/ Charles R. Haskell*
CHARLES R. HASKELL
LAW OFFICES OF CHARLES R. HASKELL
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: charles@charleshaskell.com
DC Bar No. 888304007
Retained Counsel for the Defendant

4