UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 23-CR-351 (TNM) |
| | : | |
| RYAN WILSON, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL

The United States submits this brief response to the defendant's Second Motion to Continue Trial. ECF No. 26. For the following reasons, the government opposes the defendant's second request for a continuance.

1. Trial is set for October 8, 2024 in this matter.

2. On September 9, 2024, the government interviewed former U.S. Capitol Police Sergeant Aquilino Gonell for the first time concerning the facts of this case. During that interview, Sgt. Gonell identified himself in the relevant videos of the tunnel where defendant Ryan Wilson's violent assault of officers with a long white pipe occurred.

3. On September 17, 2024, the government specifically identified Sgt. Gonell as a witness in a phone call with defense counsel.

4. On October 1, 2024, the government made an early Jencks production of statements in its possession made by Sgt. Gonell concerning the January 6, 2021 riots at the U.S. Capitol. Although the vast majority of the statements are not specifically related to this case, the government produced the statements in an abundance of caution. The production consists of:

   a. FBI 302 reports and attachments previously produced by the government in Global Discovery concerning numerous assaults on January 6, 2021 (not specifically related to this case) where Sgt. Gonell was a victim or a witness.

    b.      Trial transcripts from prior testimony given by Sgt. Gonell in other January 6 cases and victim impact statements made by Sgt. Gonell in other cases.

    c.      Emails and texts sent by Sgt. Gonell to the U.S. Attorney's Office containing substantive statements about other January 6 cases.

    d.      Public statements concerning January 6 made by Sgt. Gonell in the government's possession, such as a video of his Congressional testimony on July 27, 2021.

5.      In the motion to continue, defense counsel states that they are now unable to adequately prepare for trial due to the physical size of the early Jencks production, which they indicate is 9.8 gigabytes.[1] The government is not unsympathetic to defense counsel's legitimate concerns about trial preparation. However, any concerns related to the early Jencks production concerning Sgt. Gonell are overblown.

6.      Of the documents produced in the early Jencks production, only two documents contained statements made by Sgt. Gonell about this case, and those two documents were specifically identified for defense counsel. As to the remainder of the statements not specifically related to this case and only included in the production in an abundance of caution, it is the position of the government that defense counsel will have had adequate time to prepare before trial for Sgt. Gonell's testimony since its disclosure of Sgt. Gonell as a witness on September 17, 2024.

---

[1] The government does not dispute that the physical size of the production is large. The actual size of the production on the government's system is 4.75 GB. The physical size is due to numerous videos and images that were included in the production, which are generally not specifically related to the case against Ryan Wilson. For example, the video of the Congressional testimony, alone, is over two gigabytes in size.

For these reasons, the government opposes the defendant's second request for a continuance.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    */s/ Andrew J. Tessman*
         ANDREW J. TESSMAN
         Assistant United States Attorney
         West Virginia Bar No. 13734
         300 Virginia Street
         Charleston, WV 25301
         (304) 345-2200
         Andrew.Tessman@usdoj.gov


         */s/Nialah S. Ferrer*
         NIALAH S. FERRER
         Assistant United States Attorney
         New York Bar No. 5748462
         United States Attorney's Office
         District of Columbia
         (202) 557-1490
         nialah.ferrer@usdoj.gov

         */s/ Carolina Nevin*
         CAROLINA NEVIN
         Assistant United States Attorney
         NY Bar No. 5226121
         601 D Street, NW
         Washington, DC 20530
         (202) 803-1612
         carolina.nevin@usdoj.gov