JASON SHORT
E-mail: jason@gnslawgroup.com
Gilroy | Napoli | Short Law Group
530 Center Steet., Ste. 722
Salem, OR 97301
Telephone: 503.747.7198
Fax: 503.747.2951
Attorney for the Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTICT OF COLUMBIA

| UNITED STATES OF AMERICA, | 1:23-CR-00351-TNM |
|---|---|
| Plaintiff, | MOTION FOR ORDER TO WITHDRAW AS ATTORNEY OF RECORD |
| v. | |
| RYAN WILSON, | |
| Defendant. | |

Jason Short of Gilroy Napoli Short Law Group hereby motions the court for an order to withdraw as an attorney of record for the Defendant, Ryan Wilson.

The above-entitled matter has been brought to its conclusion and the attorney-client relationship regarding said matter has been terminated. There are no matters pending before this court in this case.

DATED this 24th day of January, 2025.

GILROY NAPOLI SHORT LAW GROUP

/s/ Jason Short_____
Jason Short, OSB #003860
Attorney for Defendant

Gilroy | Napoli | Short Law Group
Attorneys at Law
530 Center St. NE Ste. 722
Salem, Oregon 97301
Telephone: 503.747.7198 ● Fax: 503.747.2951
Email: mail@gnslawgroup.com

Page 1 - MOTION FOR ORDER TO WITHDRAW AS ATTORNEY OF RECORD

CERTIFICATE OF SERVICE

I certify that I served true copies of the foregoing MOTION FOR ORDER TO WITHDRAW AS ATTORNEY OF RECORD on the Defendant, on January 24, 2025, by filing said document via the US District court's CM/ECF electronic filing system and a copy thereof was served upon the attorney listed below:

ANDREW J. TESSMAN
Assistant United States Attorney
WV Bar No. 13734
United States Attorney's Office District of Columbia
(304) 345-2200
Andrew.Tessman@usdoj.gov

        GILROY NAPOLI SHORT LAW GROUP

        /s/ Jason Short_____
        Jason Short, OSB #003860
        Attorney for Defendant

Gilroy | Napoli | Short Law Group
Attorneys at Law
530 Center St. NE Ste. 722
Salem, Oregon 97301
Telephone: 503.747.7198 ● Fax: 503.747.2951
Email: mail@gnslawgroup.com

Page 2 -  MOTION FOR ORDER TO WITHDRAW AS ATTORNEY OF RECORD